### IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

CHRISTOPHER XAVIER BRODEUR,    )
                              )
              Petitioner,      )
                              )
vs.                            )         NO. CIV-24-0775-HE
                              )
USA GOVERNMENT,                )
                              )
              Respondent.      )

### ORDER

Petitioner Christopher Xavier Brodeur, a federal pretrial detainee housed at the Donald W. Wyatt Detention Facility in Central Falls, Rhode Island, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Suzanne Mitchell for initial proceedings.  Upon initial review of the petition, Judge Mitchell issued a Report and Recommendation recommending that the petition be dismissed without prejudice for lack of jurisdiction.  Petitioner has objected to the Report triggering *de novo* review of matters to which objection has been raised.

Upon *de novo* review, the court concludes that it does not have jurisdiction because petitioner is not confined in this district.  Accordingly, the Report and Recommendation [Doc. #5] is **ADOPTED**, and petitioner's petition for writ of habeas corpus is **DISMISSED** without prejudice for lack of jurisdiction.

**IT IS SO ORDERED**.

Dated this 24th day of September, 2024.

JOE HEATON
UNITED STATES DISTRICT JUDGE